In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00101-CR**
_____


**EX PARTE DANIEL ARCENEAUX**


**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-09-10077-CR**


**MEMORANDUM OPINION**

Daniel Arceneaux appealed an order denying his application for a writ of habeas corpus for a reduction of a pre-trial bond. Counsel for the appellant subsequently notified the Court that the underlying criminal case has been resolved through a plea bargain agreement. Issues concerning pre-trial bail are moot when the accused is no longer subject to pre-trial confinement. *See Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); *Bennet v. State*, 818 S.W.2d 199,

1

200 (Tex. App.—Houston [14th Dist.] 1991, no pet.).  The appeal is dismissed as moot.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered April 24, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.